## United States District Court Violation Notice

CVB Location Code: CA95

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6918126 | Molchan Nicholas | M7512 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/11/2016 10:30 AM
Offense Charged: State Code — CVC 20002(A)
Place of Offense: Exterior Wheatland fence gate, South Beale Rd, Beale AFB CA
Offense Description / Factual Basis for Charge: Hit + Run

**DEFENDANT INFORMATION**

Last Name: Cabral
First Name: Joseph
M.I.: NMN

Tag No.: 8T76824
State: CA
Year: 08
Make/Model: Ford F150
Color: Blue

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**

BI 1610 0003

X Defendant Signature: Joseph Cabral
(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 11th, 2016 while exercising my duties as a law enforcement officer in the 95th District of California

While serving as Police 1 on the above date I was dispatched by BDOC to Pass + ID to make contact with an individual who drove into the boundary/exterior gate at the Wheatland gate. Upon arrival, I contacted Joseph + Jean Cabral. Joseph relayed he drove into the gate and then drove to the Vesser Lake gate to enter the installation. I read Cabral, Joseph his rights via 1168 and he agreed to make a statement. He stated he was driving towards base and was setting his cruise control and when he looked up the gate was 30-50 ft in front of him. He stated he applied the brakes but still contacted the gate. He stated he was aware that him hitting the gate caused it to be no longer secured and knew it was unsecure when he left the scene. He made no immediate attempt to call SF, instead waited until his yoga class was over, approximately 3 hours after he hit the gate. He stated that he thought there was going to be security forces at the Wheatland gate. He was cited + released.

The foregoing statement is based upon:
☐ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/1/2016    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident