1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  LINDA ALLISON, SBN #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Linda_allison@fd.org
5  Attorneys for Defendant
   JOSEPH CABRAL
6

7                  IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )  Case No.  2:16-po-00395-AC
                                   )
11              Plaintiff,         )  STIPULATION AND ~~PROPOSED~~ ORDER TO
                                   )  CONTINUE STATUS CONFERENCE
12       vs.                       )
                                   )  Date:   January 30, 2017
13  JOSEPH CABRAL                  )  Time:   9:00 A.M.
                                   )  Judge: Hon. Allison Claire
14              Defendant.         )
                                   )
15  _____)

16
         IT IS HEREBY STIPULATED by and between the parties hereto through their
17
    respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney
18
    Justin Lee, attorney for Plaintiff and Federal Defender Heather Williams, through Chief
19
    Assistant Federal Defender Linda Allison, attorney for defendant Joseph Cabral, that the
20
    previously-scheduled status conference date of January 30, 2017 be vacated and the matter be set
21
    for status conference on February 22, 2017 at 2:00 p.m.
22
         The defense needs additional time to prepare and, in particular, review recently received
23
    discovery.
24

25

26

27

28

1 | Respectfully submitted,

2 | Dated: January 27, 2017 | HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Allison*
LINDA ALLISON
Chief Assistant Federal Defender
Attorney for Defendant
Gary Applegate

Dated: January 27, 2017 | Phillip A. Talbert
United States Attorney

/s/Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is further ordered the January 30, 2017 status conference shall be continued until February 22, 2017, at 2:00 p.m.

Dated:  February 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE